**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 21 B 14066 |
| | ) | |
| CHARLES ROOSEVELT WILLIAMS, III | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Judge David D. Cleary |

**PRETRIAL ORDER**

An evidentiary hearing on the motion to modify plan filed by Charles Roosevelt Williams III ("Debtor") will be held on **March 15, 2023,** at **9:00 a.m.** The hearing will be held in person at 219 South Dearborn Street, Courtroom 644, Chicago, Illinois 60604. All parties, witnesses, and attorneys who are participating in the evidentiary hearing must appear in the courtroom in person, except the Debtor as provided in the Order Granting Leave to Testify by Contemporaneous Transmission ("Testify Order") entered on February 27, 2023, at EOD 58.

At the court's discretion, the hearing will continue from day to day until completed. Unless modified by the court, the provisions of this order will govern the course of proceedings:

**1.     Briefing Schedule.** Debtor may file an amended motion to modify plan on or before **March 3, 2023**. The chapter 13 Trustee may file a response on or before **March 8, 2023**.

**2.     Participation by Video as Provided in the Testify Order.**

   **a. Required Equipment.** Zoom permits access to the video portion via computer and access to the audio portion via either computer or telephone.

   **i. Video.** To use the video portion of Zoom, the witness must have a computer equipped with: (a) a camera capable of sending and receiving video using Zoom; (b) Internet browsing software that will accommodate Zoom; (c) a stable Internet connection and bandwidth sufficient to support Zoom; and (d) Adobe Acrobat

Reader for the purpose of reviewing exhibits. It is not necessary to download and install Zoom software.

**ii. Audio.** To use the audio portion of Zoom, the witness must have *either* (a) a computer equipped with a microphone and speakers *or* (b) a telephone. If the telephone is a cellular phone, the witness must be in a location with service adequate to provide clear audio.

**b. Witness Testimony.** The witness will be placed under oath, and his testimony will have the same effect as if he were testifying in open court. The witness must testify from a quiet room. He must situate himself so that other participants can see him, and the witness can see the video. While the witness is under oath and testifying, no person may be in the same room, the witness may have no documents in the room except exhibits the parties have submitted, and the witness may not communicate in any fashion with anyone other than the questioning attorney and the judge. Counsel is responsible for ensuring the witness's ability to connect and participate by Zoom.

**c. Zoom for Government – how to appear**. To appear by video, use this link: https://www.zoomgov.com/join. The meeting ID for this hearing is 161 122 6457. The passcode is Cleary644.

3. **Exhibits and Exhibit Lists.**

**a. Exhibits.** On or before **March 10, 2023**, each party must file with the court and provide to each other a copy of each exhibit the party may use at the hearing for any purpose. Each party must file a declaration or certification that exhibits were filed and provided as required. Each exhibit must be provided electronically as a separate pdf (Adobe Acrobat) file. Attorneys are responsible for ensuring that each pdf file can be

opened successfully. Each exhibit must be clearly and sequentially numbered in the order of its probable presentation at the hearing. Each document must have a separate exhibit number.

**b. Exhibit Lists.** Each party must also file on the due date and provide to each other a list of the party's exhibits.

**c. Objections.** On or before **March 13, 2023**, by 5:00 p.m., each party must file and serve a list stating as to each exhibit whether there is an objection to the exhibit's admission. Relevance objections need not be listed and are reserved for the hearing. Any other objection not listed is waived. Any objection as to which a specific ground is not listed is also waived.

**d. Paper Copies of Exhibits.** On or before **March 10, 2023**, each party must deliver to chambers two sets of paper copies of their exhibits. Paper copies shall not be filed with the court.

4. **Witnesses and Witness Lists.** On or before **March 10, 2023**, each party must file with the court and provide to each other a list of all witnesses the party intends to call at the hearing. The list must be divided into two categories: (a) witness who *will* be called to testify, and (b) witnesses who *may* be called to testify. For each witness, the list must provide the witness's name, email address, and telephone number as well as a brief description of the subject matter of the witness's testimony.

All experts who will or may be called must be included on the witness list and must be specifically designated as "expert." A brief statement of the topic of each proposed expert's testimony and the expert's report must be provided.

**4. Pretrial Briefs.** On or before **March 13, 2023**, by 5:00 p.m., each party shall file a pretrial brief.

**5. Motions in Limine.** On or before **March 13, 2023**, by 5:00 p.m., each party shall file and serve motions in limine, if any. Such motions shall be noticed for the hearing date and time.

**6. Recording Not Permitted.** No one except the assigned court reporter or another person that the court directs may record the hearing.

**7. Failure to comply**. The court may, *inter alia*, exclude evidence, bar witnesses, postpone the hearing, impose sanctions, enter judgment or overrule any objection for failure to comply with any provision of this order.

ENTERED:

Date:  February 28, 2023

_____
DAVID D. CLEARY
United States Bankruptcy Judge